## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:  ODELL NMN RIVERS SR
        CINDY ELAINE RIVERS

                                                        Case No.:  19-41304-drd-13

**Debtors**

### TRUSTEE'S OBJECTION TO MOTION
### TO SUSPEND PLAN PAYMENTS

COMES NOW Richard V. Fink, Chapter 13 Trustee, and files this objection to the Motion to Suspend Plan Payments (ECF Doc. #177) filed on October 12, 2023 and in support thereof states:

1. The plan runs 86 months based on currently available information. Based on the trustee's analysis, the reason(s) the plan runs long include:

   - The ongoing mortgage payment(s) being paid through the plan are not current due to a history of delinquency in plan payments.

   - Default in plan payments.

WHEREFORE, the Chapter 13 Trustee files this objection to the Motion to Suspend Plan Payments and requests a hearing be held on the matter.

October 17, 2023

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

                                                        /s/ Richard V. Fink, Trustee

RG        /Objection - Motion to Suspend Plan Payment